# Court of Appeals
# of the State of Georgia

ATLANTA,   March 27, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0276.  JAMES L. STEPHENS v. THE STATE.**

James L. Stephens filed this application for discretionary appeal but did not include a stamped "filed" copy of the order he wished to appeal as required by Court of Appeals Rule 31 (e).  A stamped "filed" copy is required in order for this Court to ascertain that the application was filed within 30 days, which is a jurisdictional prerequisite.  See OCGA § 5-6-35 (d) (application must be filed within 30 days of the date of the order appealed); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) (OCGA § 5-6-35 requirements are jurisdictional).  On March 12, 2013, this Court ordered Stephens to supplement his application within 10 days with a stamped "filed" copy of the order to be appealed.  We noted that failure to comply with this directive would result in dismissal of the application.  More than 10 days have passed since we issued the March 12, 2013 order, but Stephens has not submitted a stamped "filed" copy of the trial court's order. Accordingly, his application is hereby *DISMISSED*.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/27/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*